Cite as 2025 Ark. 59

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE SUSPENSION OF ATTORNEYS WHO FAILED TO PAY 2025 ANNUAL ATTORNEY-LICENSE FEE | Opinion Delivered: May 1, 2025 |

## PER CURIAM

The final deadline for attorneys to pay the 2025 annual attorney-license fee was April 15, 2025. As required by Rule VII(C)(9) of the Rules Governing Admission to the Bar, the clerk of this court has prepared a list of all suspended attorneys, which is attached to this per curiam. The list is divided into three categories. Category 1 consists of those attorneys who were automatically suspended on April 16, 2025, by operation of Rule VII(C)(1) and (8) for failure to pay the annual fee and who remain suspended as of the issuance of this per curiam. Category 2 consists of those attorneys who were automatically suspended on April 16, 2025, for failure to pay the fee but have since become current and reinstated to their pre-suspension status. We caution that placement in Category 2 is proof of good standing only as to payment of license fees. Category 3 consists of those attorneys who have remained suspended for more than three consecutive years for failure to pay annual license fees and whose licenses were deemed surrendered as of April 16, 2025, per Rule VII(C)(17). An attorney listed in either Category 1 or 3 shall not practice law in this state unless he or she has been (1) reinstated pursuant to Rule VII(C)(16)–(17) & (D) or (2) exempted during a stay of the suspension as provided in Rule VII(C)(15).

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 84155**

Susan Walker Allen
Russellville, AR

**Bar Number: 81015**

Joe Benson
Garfield, AR

**Bar Number: 98086**

Allison Brewer Thurman
Madison, MS

**Bar Number: 81003**

Alfred F. Angulo, Jr.
Fayetteville, AR

**Bar Number: 2012020**

Don Bowen Berry
Dallas, TX

**Bar Number: 2016082**

John Walker Wright Brogden
Las Vegas, NV

**Bar Number: 2021056**

Brittney Scene Archie
Baytown, TX

**Bar Number: 74012**

Garland William Binns, Jr.
Little Rock, AR

**Bar Number: 2021016**

Christian Thomas Brown
Weatherford, TX

**Bar Number: 2024087**

Mickale Stephen Balzac
Fayetteville, AR

**Bar Number: 2014239**

Chevera Annette Blakemore
Desoto, TX

**Bar Number: 77017**

Gregory Brugh Brown
Mercer Island, WA

**Bar Number: 96003**

Gregory Alan Barnard
Norman, OK

**Bar Number: 2015029**

Jeremy Bland
North Little Rock, AR

**Bar Number: 2022018**

Sara Kay Bryning
Sapulpa, OK

**Bar Number: 78009**

Don Keith Barnes
Little Rock, AR

**Bar Number: 81018**

Andrew L. Blood
Little Rock, AR

**Bar Number: 81021**

William Basil Buergler
Fort Smith, AR

**Bar Number: 78014**

John W. Beason, Jr.
Jonesboro, AR

**Bar Number: 93121**

Lara Elizabeth Bowles
Little Rock, AR

**Bar Number: 2020269**

Susan Burns
Saint Paul, MN

**Bar Number: 82012**

Steven Gregory Beck
Little Rock, AR

**Bar Number: 79021**

Bill Eugene Bracey, Jr.
Blytheville, AR

**Bar Number: 2007069**

Brian Lee Campbell
Pea Ridge, AR

**Bar Number: 98169**

Martha Ann Rowland Beltrani
Saint Louis, MO

**Bar Number: 90153**

Gerald L. Brantley
Austin, TX

**Bar Number: 2009032**

Matthew Douglas Campbell
Little Rock, AR

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 2009217**

Elizabeth Brummet Carr
Lafayette, LA

**Bar Number: 2019243**

D. Nicholas Carroll
Russellville, AR

**Bar Number: 2011114**

Heather McNew Carter
Greenville, TX

**Bar Number: 2006009**

Ernest L. Cochran
Texarkana, TX

**Bar Number: 2014258**

Derrell A. Coleman
Dallas, TX

**Bar Number: 2020088**

Michael Timothy Collis
Pittsburgh, PA

**Bar Number: 83041**

John Wayne Cone
Benton, AR

**Bar Number: 2009096**

David M. Cook
Memphis, TN

**Bar Number: 87041**

Douglas W. Coy
Little Rock, AR

**Bar Number: 75154**

Deborah Ann Culpepper
Yakima, WA

**Bar Number: 2007039**

Betty Ross Czeschin
Mountain Home, AR

**Bar Number: 99016**

Forchisha Martauna Oepole Davis
Saint Charles, MO

**Bar Number: 75030**

Joseph Barrett Deacon
San Antonio, TX

**Bar Number: 2002191**

Michael Kerry DeKruif
Woodland Hills, CA

**Bar Number: 2008137**

Michael D. Dement
Dallas, TX

**Bar Number: 87050**

Ronald Franklin Dooms
Washington, DC

**Bar Number: 95155**

Jacqueline Janene Drescher
Charleston, SC

**Bar Number: 2011109**

Fred Andrew Dunsing
Denver, CO

**Bar Number: 88094**

John Charles Edwards
Little Rock, AR

**Bar Number: 83061**

Kathryn P. Eisenkramer
Hot Springs, AR

**Bar Number: 2012019**

Donald Charles Eudaly
Searcy, AR

**Bar Number: 2014066**

B. Ashton Fallin
Thomaston, GA

**Bar Number: 2008179**

Ronald Paul Fink, Jr.
Westtown, PA

**Bar Number: 2016077**

Andrew Firth
Reno, NV

**Bar Number: 2007314**

Michael Thomas Flannery
Little Rock, AR

**Bar Number: 2020275**

Shane Christopher Fletcher
Jenks, OK

**Bar Number: 97081**

James L. Ford, II
Fayetteville, AR

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 2007261**

Jennifer Marler Frank
Brentwood, TN

**Bar Number: 2022033**

Garrett A. Grellner
Springfield, MO

**Bar Number: 2007296**

Valerie L. Hays
Spring City, PA

**Bar Number: 2020090**

Adam T. Funk
Houston, TX

**Bar Number: 2019059**

Thomas Weaver Griffin, III
Oklahoma City, OK

**Bar Number: 82196**

Col. Joseph L. Heimann
Highland, IL

**Bar Number: 93010**

Joette Furlough
Dallas, TX

**Bar Number: 86074**

Henry Charles Gschwend, Jr.
Jonesboro, AR

**Bar Number: 2013080**

Thomas Bradley Hesselbein
Kutztown, PA

**Bar Number: 2022014**

Constance Ruth Gabel
Hinesville, GA

**Bar Number: 2004007**

Joel Grant Hargis
Jonesboro, AR

**Bar Number: 2020295**

Jacob Andrew Hill
Texarkana, TX

**Bar Number: 93056**

Carolyn Ann Gai
San Francisco, CA

**Bar Number: 90023**

Adam Harkey
Little Rock, AR

**Bar Number: 96110**

Clayton Kyle Hodges
McKinney, TX

**Bar Number: 2023017**

Aubrey E. George
Oklahoma City, OK

**Bar Number: 81082**

Ralph M. Harmon
Fort Smith, AR

**Bar Number: 2023038**

Angelina Dawn Hollingsworth
Bentonville, AR

**Bar Number: 88101**

O. Emerson Gover
Sherwood, AR

**Bar Number: 2023293**

Jayniece Rosa Higgins Harris
Memphis, TN

**Bar Number: 79092**

Donald Michael Hollingsworth
Little Rock, AR

**Bar Number: 2023010**

Jonathan H. Green
Little Rock, AR

**Bar Number: 2020280**

Katherine Mary Harris
Oklahoma City, OK

**Bar Number: 2012175**

Robert Gerald Hopper
Fayetteville, AR

**Bar Number: 92018**

John Greenhaw
Fayetteville, AR

**Bar Number: 2020265**

Alexandria Elizabeth Hawkins
Centerton, AR

**Bar Number: 79167**

Bernard Phillip Ingold
Dumfries, VA

# Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 2013160**

Darlene M. Irwin
Crestview, FL

**Bar Number: 2002134**

Luwalhati Admana Johnson
Dallas, TX

**Bar Number: 2016110**

James Phillip Kerley
Memphis, TN

**Bar Number: 2005142**

Maxine Isaacs
Greensboro, NC

**Bar Number: 79169**

Walter Tweed Johnson
Dallas, TX

**Bar Number: 77078**

Raymond C. Kilgore, Jr.
Little Rock, AR

**Bar Number: 2005218**

Joseph Dale Jackson
Caddo Valley, AR

**Bar Number: 76058**

Berlin C. Jones
Pine Bluff, AR

**Bar Number: 74091**

Joseph E. Kilpatrick, Jr.
Little Rock, AR

**Bar Number: 2016254**

Quincy Leigh Jaeger
Colorado Springs, CO

**Bar Number: 2018017**

Martha Deacon Jones
Little Rock, AR

**Bar Number: 89093**

Kerry Layne Kilpatrick
Monroe, LA

**Bar Number: 2018033**

Bradley Kenneth Jakel
Brea, CA

**Bar Number: 86097**

Thomas Pharr Jones
Little Rock, AR

**Bar Number: 2015255**

Angela Mary Kinley
Atlanta, GA

**Bar Number: 76055**

Leon N. Jamison
Pine Bluff, AR

**Bar Number: 2014224**

Tori B. Jones
Little Rock, AR

**Bar Number: 2009089**

Jennifer R. Kiper
Kansas City, MO

**Bar Number: 92120**

Joseph Patrick Jaynes
Searcy, AR

**Bar Number: 80075**

Patricia Roberts Julian
North Little Rock, AR

**Bar Number: 88125**

Patrick Russell Kirby
Little Rock, AR

**Bar Number: 76170**

Susan Elizabeth Jelen
Plano, TX

**Bar Number: 2023193**

Emma Kathryn Jumper
Little Rock, AR

**Bar Number: 84088**

Lois G. Kline
Las Vegas, NV

**Bar Number: 2005165**

Bonnie Joan Johnson
Little Rock, AR

**Bar Number: 2015030**

Robert F. Kalinke
McKinney, TX

**Bar Number: 2018193**

Benjamin Kyle Knuckles
Saint Louis, MO

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 88127**

William J. Kropp, III
Fort Smith, AR

**Bar Number: 2014023**

James Andrew Marshall
Little Rock, AR

**Bar Number: 2010092**

Wayne Tristan Mehlin
San Francsico, CA

**Bar Number: 2012190**

Chin Kuay
Orlando, FL

**Bar Number: 2023111**

William Kennon McBeath, III
Jackson, MS

**Bar Number: 2008096**

Matthew David Mentgen
Little Rock, AR

**Bar Number: 2008074**

Michael Haden Lawyer
Memphis, TN

**Bar Number: 84102**

Hiram McBeth, III
Pine Bluff, AR

**Bar Number: 80116**

Mary Leslie Middleton
North Little Rock, AR

**Bar Number: 2012208**

Ryan William Lazenby
Little Rock, AR

**Bar Number: 76178**

Austin McCaskill, III
Little Rock, AR

**Bar Number: 80101**

Danny Aaron Miller
Mena, AR

**Bar Number: 88131**

Benjamin Cary Lipscomb
Stuttgart, AR

**Bar Number: 88056**

Pace Jefferson McConkie
Annapolis, MD

**Bar Number: 2011049**

Jennifer Lind Bell Mobbs
Conway, AR

**Bar Number: 2007245**

Gregory Thomas Little
Tulsa, OK

**Bar Number: 2005272**

Michael Dennis McGhee
Frisco, TX

**Bar Number: 2006026**

Mickey S. Moon
Houston, TX

**Bar Number: 98193**

Melanie Hope Long
Fayetteville, AR

**Bar Number: 78110**

William Harry McKimm
Mount Ida, AR

**Bar Number: 2014210**

Jordan Mooney
Jonesboro, AR

**Bar Number: 77085**

Nancy Jane Mahler
Little Rock, AR

**Bar Number: 92250**

M. Shawn McMurray
Little Rock, AR

**Bar Number: 2012021**

Austin Kyle Morgan
Austin, TX

**Bar Number: 2013055**

Maxfield E.M. Marquardt
Santa Monica, CA

**Bar Number: 75172**

Lawrence Lee Mealer
Dallas, TX

**Bar Number: 2010145**

Lesley Brooke Morgan
Tacoma, WA

# Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 2013116**

Rachel R. Bergstrom Morgan
Dallas, TX

**Bar Number: 93232**

Bruce Harold Phillips
Nashville, TN

**Bar Number: 2015208**

April Rheaume
Everett, WA

**Bar Number: 2022015**

Patricia Anne Mullins
Kansas City, MO

**Bar Number: 2016203**

Rachel E. Pisors
Neillsville, WI

**Bar Number: 96058**

Ann L. Richardson
Berryville, AR

**Bar Number: 2007118**

Jody R. Nathan
Tulsa, OK

**Bar Number: 84125**

David Earl Prewett
Russellville, AR

**Bar Number: 89225**

Jerry A. Richardson
Tulsa, OK

**Bar Number: 2010121**

Stephan James Nazarian
Washington, DC

**Bar Number: 2015141**

Carmen Donielle Pruitt
Little Rock, AR

**Bar Number: 78134**

Gregory Neal Robinson
Pine Bluff, AR

**Bar Number: 80106**

Curtis L. Nebben
Fayetteville, AR

**Bar Number: 94194**

Leisa Ann Marie Pulliam
Little Rock, AR

**Bar Number: 2007201**

Nicholas Lincoln Rogers
North Little Rock, AR

**Bar Number: 2017247**

Khuong (Alex) B. Nguyen
Midland, MI

**Bar Number: 90059**

Roger B. Rasico
Mayflower, AR

**Bar Number: 2010201**

Drew T. Sadler
Bentonville, AR

**Bar Number: 2019137**

Sandi M. O'Brien
Glendive, MT

**Bar Number: 2020027**

Rebecca Ann Reed
Scott City, MO

**Bar Number: 2009153**

William Clinton Saxton
Birmingham, AL

**Bar Number: 2021246**

Nichole Marie Pace
North Little Rock, AR

**Bar Number: 2022087**

Jeffrey Todd Reel
Bentonville, AR

**Bar Number: 2010068**

Joan M. Saylor
Plano, TX

**Bar Number: 91265**

Bobbi D. Patterson
Little Rock, AR

**Bar Number: 95195**

Linda Ann Reid
Port Washington, WI

**Bar Number: 2005072**

Billy J. Scott
Camden, AR

## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 2020260**

Michael Ignatius Sheeter
Sachse, TX

**Bar Number: 2007121**

Frances Maria Sheffield
Nashville, TN

**Bar Number: 80136**

Timothy Ross Smith
Fort Smith, AR

**Bar Number: 2017006**

Toni Bradley Smith
Tulsa, OK

**Bar Number: 2014221**

Jonathan Randle Smolarz
Texarkana, TX

**Bar Number: 2001016**

John R. Snell
Quarryville, PA

**Bar Number: 2018084**

Jeffrey Sonnabend
New York, NY

**Bar Number: 82213**

Sandy Sottilare
Vero Beach, FL

**Bar Number: 95054**

Jody Kathryn Stanage
Malvern, AR

**Bar Number: 2014261**

Patrick E. Stegall
Memphis, TN

**Bar Number: 2018189**

Troy Thomas Stewart
Little Rock, AR

**Bar Number: 99063**

Scott Anthony Strain
Durham, NC

**Bar Number: 77130**

William Sherman Swain
Atkins, AR

**Bar Number: 2011084**

Stephen M. Talley
Des Moines, IA

**Bar Number: 88172**

Jonathan Bruce Taylor
Washington, DC

**Bar Number: 2003140**

Raney English Taylor
Jonesboro, AR

**Bar Number: 74146**

Winfred L. Thompson
Conway, AR

**Bar Number: 89088**

John Louis Tidwell
New Boston, TX

**Bar Number: 75127**

John Rodney Tisdale
Little Rock, AR

**Bar Number: 2011032**

Christopher A. Tolleson
Conway, AR

**Bar Number: 89015**

Alice Margaret Totsch
The Villages, FL

**Bar Number: 83175**

Kimberly Wood Tucker
Little Rock, AR

**Bar Number: 78156**

Joan L. Vehik
Little Rock, AR

**Bar Number: 75133**

Gary M. Vinson
Batesville, AR

**Bar Number: 2010267**

Rachel V. Warnick
Little Rock, AR

**Bar Number: 2022272**

Abigail Elisabeth Weiss
Memphis, TN

**Bar Number: 2009084**

Stewart A. Whaley
Little Rock, AR

# Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 2009002**

Clay M. White
Tyler, TX

**Bar Number: 99098**

William Bishop Woosley
Conway, AR

**Bar Number: 2011235**

Wesley DeWayne Whitmore
Fayetteville, AR

**Bar Number: 2001199**

Kristen Collier Wright
Memphis, TN

**Bar Number: 2008159**

Aileen Solovy Wiede
Muskego, WI

**Bar Number: 77149**

Walter Kelvin Wyrick
Hot Springs, AR

**Bar Number: 2021290**

David Rindle Wilson
Lampasas, TX

**Total Count: 201**

**Bar Number: 99071**

Sherry M. Wilson
Enid, OK

**Bar Number: 2012201**

Jacquelin Elizebeth Wohlschlaeger
Little Rock, AR

**Bar Number: 2013082**

Jason C. Wolff
Cabot, AR

**Bar Number: 2010274**

Chad Landon Wood
North Little Rock, AR

**Bar Number: 2016225**

Joe Davis Woodward
Little Rock, AR

# Category 2

## Returned to paid status since the April 16, 2025 suspension

**Bar Number: 78002**
John Harold Adametz, Jr.
North Little Rock, AR

**Bar Number: 90198**
Marcie Elizabeth Gibson
Little Rock, AR

**Bar Number: 87081**
Marceliers Hewett
Little Rock, AR

**Bar Number: 2006122**
Brian Keith Ingram
Austin, TX

**Bar Number: 97243**
Donald Anthony Lohman
Saint Louis, MO

**Bar Number: 2006234**
Anthony Joseph Pirani, Jr.
Fayetteville, AR

**Bar Number: 2016204**
Olivia Ann Sheppard
Ash Down, AR

**Bar Number: 94147**
William Terrell Smith, Jr.
Fayetteville, AR

Bar Number: 2020204
Braxton McCain Wood
Dallas,TX

**Total Count: 9**

# Category 3

## License Deemed Surrendered for Nonpayment of License Fee and Penalties For More than Three Consecutive Years

**Bar Number: 73005**

Ben Thomas Barry
Fayetteville, AR

**Bar Number: 83207**

Mary L. Harmon
New York, NY

**Bar Number: 2010117**

James Thomas Perry, Jr.
Houston, TX

**Bar Number: 98017**

Carl Ray Bishop
Clarendon, AR

**Bar Number: 2011121**

Ronald L. Harper
Memphis, TN

**Bar Number: 2013047**

Travis C. Ragland
Conway, AR

**Bar Number: 86025**

Jeffrey Todd Branch
Paragould, AR

**Bar Number: 2014252**

Blake Parker Hoyt
Little Rock, AR

**Bar Number: 2015206**

Spellman Patrick Robertson
Joplin, MO

**Bar Number: 96062**

Alison Offutt Bratton
Little Rock, AR

**Bar Number: 80086**

Jean Langford
Jonesboro, AR

**Bar Number: 88011**

Norton Rosenthal
Plano, TX

**Bar Number: 94241**

Mark Doyle Easley
Saint Louis, MO

**Bar Number: 90183**

Celia S. Liner
Venice, FL

**Bar Number: 2007119**

Barbara L. Samuels
Little Rock, AR

**Bar Number: 79164**

Jack Else
Cedar Rapids, IA

**Bar Number: 2018012**

Nathan Landon Mendenhall
Fort Smith, AR

**Bar Number: 81223**

Leymon L. Solomon
Fulshear, TX

**Bar Number: 2011119**

Carin Paris Evans
Fort Worth, TX

**Bar Number: 90189**

John David Nichols
North Little Rock, AR

**Bar Number: 2017272**

Dawn Rachelle Tezino
Humble, TX

**Bar Number: 86144**

Gail Ponder Gaines
Little Rock, AR

**Bar Number: 2016118**

Daniel K. O'Toole
Saint Louis, MO

**Bar Number: 2012177**

Jennifer Renae Williams
Poplar Bluff, MO

**Bar Number: 2008212**

Travis Allen Gray
Des Peres, MO

**Bar Number: 90147**

Steven James Paris
West End, NC

**Bar Number: 2015138**

Jing Zhao
New York, NY

**Total Count: 27**